```
┌─────────────────────────────────────────────────────────────────────────────┐
│          UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA            │
│              CIVIL DOCKET ENTRIES FOR CASE A98-0407--CV (JWS)               │
│              "NEIL BERGT V RETIREMENT PLAN FOR PILOTS ET AL"                │
├─────────────────────────────────────────────────────────────────────────────┤
│              Including terminated parties, excluding terminated counsel     │
└─────────────────────────────────────────────────────────────────────────────┘
```

```
   Presiding Judge:   The Honorable John W. Sedwick, U.S. District Judge
   Magistrate Judge:
      Referral Rule:
              Filed: 12/16/98
             Closed: 10/16/02

       Jurisdiction: (3) Federal Question (US Govt not a Party)
      PLF Diversity:
      DEF Diversity:

     Nature of Suit: (791) Employee Retirement Income Security Act of 1974
                    29:1132
             Origin: (1) Original Proceeding
             Demand:
         Filing fee: Paid $150.00 on 12/16/98 receipt # 00106429
           Trial by: Court
```

| Parties of Record: | Counsel of Record: |
|---|---|
| PLF 1.1        BERGT, NEIL | Michael T. Stehle<br>Stehle Law Office<br>737 W. 5th Avenue Suite 206<br>Anchorage, AK 99501<br>907-677-7877<br>FAX 907-677-7894<br><br>Charles E. Cole<br>Law Office of Charles Cole<br>406 Cushman Street<br>Fairbanks, AK 99701<br>907-452-1124<br>FAX 907-456-2523 |
| DEF 1.1        RETIREMENT PLAN FOR PILOTS<br>                EMPLOYED BY MARKAIR INC | Timothy M. Burgess<br>U.S. Attorney's Office<br>222 W. 7th Avenue, #9<br>Anchorage, AK 99513-7567<br>907-271-5071<br><br>Retta-Rae Randall<br>U.S. Attorney's Office<br>222 W. 7th Avenue, #9<br>Anchorage, AK 99513<br>907-271-5071 |
| DEF 2.1    [T] ADMINISTRATIVE COMMITTEE FOR<br>                RETIREMENT PLAN FOR | No counsel found for this party! |

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                         CIVIL DOCKET ENTRIES FOR CASE A98-0407--CV (JWS)
                         "NEIL BERGT V RETIREMENT PLAN FOR PILOTS ET AL"

                                       For all filing dates
```

```
  Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
 Magistrate Judge:
    Referral Rule:
           Filed: 12/16/98
          Closed: 10/16/02

     Jurisdiction: (3) Federal Question (US Govt not a Party)
    PLF Diversity:
    DEF Diversity:

   Nature of Suit: (791) Employee Retirement Income Security Act of 1974
                  29:1132
           Origin: (1) Original Proceeding
           Demand:
       Filing fee: Paid $150.00 on 12/16/98 receipt # 00106429
         Trial by: Court
```

| Document # | Filed | Docket text |
|---|---|---|
| 1 - 1 | 12/16/98 | Complaint w/att exhs filed; Summons issued. |
| 2 - 1 | 12/18/98 | JWS Minute Order that case referred to MJ Roberts per MJ Rule 4 and 5. cc: cnsl, MJ Roberts |
| 3 - 1 | 12/29/98 | PLF 1 Return of Service Executed as to Frank Danner no date on card. |
| NOTE - 1 | 01/15/99 | Notation: Non-Resident attorney fee pd in the amount of $100.00 |
| 4 - 1 | 01/15/99 | DEF 1 Answer to Complaint. |
| 5 - 1 | 01/15/99 | DEF 2 Notice Notice of motion to dismiss complaint for failure to stat a claim. |
| 6 - 1 | 01/15/99 | DEF 2 motion to dismiss complaint for failure to state a claim w/att memo. |
| 7 - 1 | 01/15/99 | DEF 1-2 Application re: non-resident attorney M. Vanic [REISH] w/att declaration. |
| 7 - 2 | 01/20/99 | JDR Order grant D1-2 application of non-resident attorney Michael Vanic to appear & participate. cc: cnsl |
| 8 - 1 | 02/02/99 | Stipulation to dismiss D2 without prejudice, each party to bear its own atty fees & costs. |
| 8 - 2 | 02/05/99 | JWS Order approving stip and terminating in light of this order: motion to dismiss complaint for failure to state a claim (6-1). cc: cnsl, MJ Roberts |
| 9 - 1 | 02/08/99 | JDR Minute Order re: initial case stat rpt/case S&P; Rule 16(b) rpt is due w/i 21 days. cc: cnsl |
| 10 - 1 | 03/09/99 | PLF 1 Report of parties planning meeting. |
| 11 - 1 | 03/12/99 | JDR Scheduling and Planning Order setting pretrial deadlines: Original discovery 06/11/99; Dispositive motions deadline 03/30/99; Estimate of trial 4 days; TBC. cc: cnsl |

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                         CIVIL DOCKET ENTRIES FOR CASE A98-0407--CV (JWS)
                         "NEIL BERGT V RETIREMENT PLAN FOR PILOTS ET AL"

                                       For all filing dates
```

```
Document #    Filed      Docket text

   12 -   1  05/14/99   PLF 1 Witness List.

   13 -   1  05/17/99   DEF 1 Witness List.

   14 -   1  05/19/99   PLF 1 Notice of change of firm name from Beard LeDoux Stacey & Trueb,
                        LLC to Beard Stacey & Trueb, LLP.

   15 -   1  06/11/99   PLF 1 motion for order compelling discovery w/att memo & exhs.

   16 -   1  06/25/99   DEF 1 opposition to PLF 1 motion for order compelling discovery w/att
                        declaration & exhs (15-1) .

   17 -   1  06/30/99   DEF 1 motion for summary judgment w/att memo, exhs, & affs.  [memo,
                        exhs, affs located in expando]

   18 -   1  06/30/99   PLF 1 motion for summary judgment w/att memo & exhs. [memo & exhs
                        located in expando]

   19 -   1  07/01/99   PLF 1; DEF 1 Stipulation that plf have till 7/8/99 to file reply re: mot
                        to compel discovery.

   19 -   2  07/02/99   Order granting stip. cc: cnsl

   20 -   1  07/08/99   PLF 1 reply to opposition to PLF 1 motion for order compelling discovery
                        w/att aff & exhs (15-1) .

   21 -   1  07/13/99   PLF 1 notice of filing original aff of K. conner re: PLF 1 motion for sj
                        (18-1) w/att aff.

   22 -   1  07/15/99   PLF 1 opposition to DEF 1 motion for summary judgment (17-1) w/att exhs.

   23 -   1  07/16/99   [RETURNED TO CNSL PER #30] DEF 1 Affidavit of M. Vanic re: in response
                        to reply re PLF 1 mot for ord compelling disc (15-1).

   24 -   1  07/19/99   DEF 1 opposition to PLF 1 motion for summary judgment w/att declarations
                        & exhs (18-1).

   25 -   1  07/22/99   DEF 1 Errata to certificate of svc to defs' oppo re: PLF 1 motion for
                        summary judgment (18-1) .

   26 -   1  07/23/99   DEF 1 reply to opposition to DEF 1 motion for summary judgment (17-1) .

   27 -   1  07/30/99   PLF 1 motion and memorandum to file reply to def's oppo to plf's mot for
                        sj one day late w/att proposed reply w/att exh & aff of M. Stehle.

   27 -   2  07/30/99   JDR Order granting motion and memorandum to file reply one day late
                        (27-1). cc: cnsl

   28 -   1  07/30/99   PLF 1 Errata re: PLF 1 motion for sj (18-1) w/att exh.

   29 -   1  07/30/99   PLF 1 reply to opposition to PLF 1 motion for summary judgment (18-1).
                        w/atch exhibits.

   30 -   1  08/02/99   JDR Minute Order directing clk to return original & copy of the suppl
                        brf (23-1) to def for failure to file mot for leave per to D.AK.LR
                        7.1(h). cc: cnsl
```

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                         CIVIL DOCKET ENTRIES FOR CASE A98-0407--CV (JWS)
                        "NEIL BERGT V RETIREMENT PLAN FOR PILOTS ET AL"

                                       For all filing dates
```

```
Document #   Filed       Docket text

  31 -   1   08/03/99    PLF 1 motion for acceptance of over-length briefs.

  32 -   1   08/04/99    JWS Minute Order withdrawing reference at dkt 2 of case to MJ. cc: cnsl,
                         Mj Roberts

  33 -   1   08/04/99    DEF 1 motion for leave to file declaration of Michael A. Vanic in
                         response to reply to oppo to mot to compel production of docs w/att
                         declaration of M.Vanic & exhs.

  33 -   2   08/05/99    JWS Order granting motion for leave to file declaration of Michael A.
                         Vanic in response to reply (33-1). cc: cnsl

  34 -   1   08/05/99    DEF 1 Declaration of M. Vanic in response re: reply to oppo to PLF 1 mot
                         for order compelling disc (15-1).

  35 -   1   08/05/99    JWS Order granting motion for acceptance of over-length briefs (31-1).
                         cc: cnsl

  36 -   1   08/06/99    DEF 1 opposition to PLF 1 motion for acceptance of over-length briefs
                         (31-1) .

  37 -   1   08/11/99    PLF 1 motion to extend discovery w/att memo & aff.

  38 -   1   08/11/99    PLF 1 Supplemental authority re: PLF 1 mot for ord compelling disc
                         (15-1) & plf's reply to defs' oppo to mot to compel disc (20-1).

  39 -   1   08/25/99    DEF 1 motion to file defendant's memorandum of points & authorities &
                         declaration of M. Vanic in oppo to extend discovery one day late w/att
                         prop memo w/att exhs.

  40 -   1   08/30/99    PLF 1 reply to opposition to PLF 1 motion to extend discovery (37-1) .

  41 -   1   09/03/99    JWS Minute Order granting motion to file defendant's memorandum of
                         points & authorities & declaration (39-1) one day late. cc: cnsl

  42 -   1   09/03/99    DEF 1 opposition to PLF 1 motion to extend discovery (37-1) w/att aff
                         and exhs.

  43 -   1   10/14/99    JWS Order denying motion for order compelling discovery (15-1), motion
                         for summary judgment (17-1), motion to extend discovery (37-1); granting
                         motion for summary judgment (18-1). cc: cnsl

  44 -   1   10/14/99    JWS Judgment that plf take nothing; action dismissed on merits; DEF 1 to
                         recover of plf costs of action. cc: cnsl, O&J 10739 redistributed
                         w/costs 11/3/99

  45 -   1   10/27/99    DEF 1 Notice of cost bill hearing set for 11/2/99 at 10:30am.

  46 -   1   10/27/99    DEF 1 Bill of Costs.

  47 -   1   11/03/99    Clerk's Notice re: taxation : total costs taxed for the defendant and
                         against the plaintiff in the amount of$100.00. cc: cnsl

  48 -   1   11/08/99    PLF 1 appeal to 9CCA of (43-1) filed 10/14/99, (44-1) filed 10/14/99.
                         cc:cnsl, Judge Sedwick, 9CCA
```

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                   CIVIL DOCKET ENTRIES FOR CASE A98-0407--CV (JWS)
                     "NEIL BERGT V RETIREMENT PLAN FOR PILOTS ET AL"

                                   For all filing dates
```

```
Document #    Filed      Docket text

NOTE -    2  11/09/99   Transmittal: Forwarded notice of appeal (48-1) to 9CCA.

   49 -   1  11/09/99   Cy 9CCA Certificate of Record. (48-1) cc: cnsl, 9CCA [original], Judge
                        Sedwick

NOTE -    3  11/15/99   Notation (re: Appeal): forwarded CAD statement to 9CCA.

   50 -   1  07/16/02   9CCA Judgment re: notice of appeal (48-1) that the district court's
                        decision is REVERSED and judgment to be entered in favor of the
                        appellant.  cc: cnsl, Judge Sedwick

   51 -   1  07/26/02   JWS Minute Order that parties file joint stat rpt or closing papers by
                        9/30/02. cc: cnsl

   52 -   1  09/12/02   DEF 1 Attorney Substitution of T. Burgess (USA) & R. Randall (AUSA) for
                        M. Vanic and L. Allingham.

   52 -   2  09/13/02   Order granting sub of cnsl. cc: cnsl, T. Burgess (USA), R. Randal (AUSA)

   53 -   1  09/27/02   PLF 1 Attorney Appearance of C. Cole.

   54 -   1  09/27/02   PLF 1 Report re: status.

   55 -   1  09/27/02   DEF 1 Report re: status.

   56 -   1  09/30/02   JWS Minute Order that parties to submit prop form of judg by 10/15/02;
                        plf has until 10/31/02 to file mot for atty fees. cc: cnsl

   57 -   1  10/15/02   PLF 1; DEF 1 Jointly prop form of judg.

   58 -   1  10/16/02   JWS Judgment that plf is a participant in the Pension Plan and is
                        eligible for and entitled to receive benefits under the Pension Plan;
                        plf awarded attys' fees and costs. cc: cnsl, O&J 11435 (redistributed
                        3/7/03 w/costs and atty fees)

   59 -   1  10/29/02   Stipulation for ext of time until 11/15/02 to file mot for atty fees;
                        def oppo due 12/6/02.

   59 -   2  10/30/02   JWS Order granting stip for ext of time until 11/15/02 to file mot for
                        atty fees; oppo due 12/06/02 (59-1). cc: cnsl

   60 -   1  11/15/02   PLF 1 motion for a reasonable attorney's fee w/att memo, affs

   61 -   1  12/03/02   PLF 1 motion for order granting leave to supplement plaintiff's motion
                        for an award of attorney's fees w/att prop suppl aff and suppl memo.

   62 -   1  12/05/02   DEF 1 opposition to PLF 1 motion for a reasonable attorney's fees (60-1)
                        w/att exhs.

   63 -   1  12/09/02   JWS Order granting motion for order granting leave to supplement
                        plaintiff's motion for an award  of attorney's fees (61-1). cc: cnsl

   64 -   1  12/09/02   PLF 1 Supplement/memo correcting clerical error in computation of total
                        billings for legal services in the trial court re: PLF 1 motion for a
                        reasonable attorney's fee (60-1)
```

```
               UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CIVIL DOCKET ENTRIES FOR CASE A98-0407--CV (JWS)
                    "NEIL BERGT V RETIREMENT PLAN FOR PILOTS ET AL"

                                    For all filing dates
```

| Document # | | Filed | Docket text |
|---|---|---|---|
| 65 - | 1 | 12/13/02 | PLF 1 motion for extension of time until 1/15/03 to file reply to opposition to motion for attorney fees w/att aff. |
| 66 - | 1 | 12/17/02 | JWS Order granting mot for ext of time until 1/15/03 to file reply to opposition to mot for award of atty fees (65-1). cc: cnsl |
| 67 - | 1 | 01/15/03 | STRICKEN PER ORDER AT DKT 68: PLF 1 reply to opposition to PLF 1 motion for a reasonable attorney's fee (60-1) w/att aff and exh. |
| 68 - | 1 | 01/16/03 | JWS Minute Order striking reply to oppo to mot for a reasonable atty's fee (60-1) because it is overlength. cc: cnsl |
| 69 - | 1 | 01/17/03 | PLF 1 Errata re: reply to oppo to PLF 1 motion for a reasonable attorney's fee (60-1). |
| 69 - | 2 | 01/17/03 | PLF 1 Notice of waiver of cost bill. |
| 70 - | 1 | 01/21/03 | PLF 1 motion to file overlength reply memo & alternatively to file reply late w/att reply |
| 71 - | 1 | 01/23/03 | JWS Order granting mot to file overlength reply memo and alternatively to file reply late (70-1). cc: cnsl |
| 72 - | 1 | 01/23/03 | PLF 1 reply to opposition to PLF 1 motion for a reasonable attorney's fee (60-1). |
| 73 - | 1 | 01/23/03 | PLF 1 reply to opposition to PLF 1 motion for a reasonable attorney's fee (60-1). |
| 74 - | 1 | 03/07/03 | JWS Order granting motion for a reasonable attorney's fee (60-1). cc: cnsl |